BADER ENTERPRISES, INC., A DELAWARE CORPORATION, APPELLANT, v. ARTHUR OLSEN, HELEN L. ROW, ALSO KNOWN AS HELEN L. OLSEN, PAUL N. MELTZER AND HELEN MELTZER, RESPONDENTS.

No. 8749

June 30, 1976                                                551 P.2d 424

[Rehearing denied July 22, 1976]

*Stanley W. Pierce,* Las Vegas, for Appellant.

*Paul V. Carelli, III,* Las Vegas, for Respondents.

## OPINION

*Per Curiam:*

This appeal, which is in progress, is from a judgment decreeing· that appellant (plaintiff below) "takes nothing by way of its complaint."

Respondents have neither filed their answering brief within the time prescribed by NRAP 31(a), nor have they offered any explanation for their failure to do so.

Under these circumstances, and for the same reasons stated in, and on the authority of, Kitchen Factors, Inc. v. Brown, 91 Nev. 308, 535 P.2d 677 (1975), we, *sua sponte,* elect to treat respondents' unexcused and unexplained dereliction as a confession of error.

Accordingly, we reverse and remand for further proceedings. In accord with NRS 18.060 appellant will be allowed its costs on appeal, upon the proper filing of a cost bill.